```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                         CASE NO. 08 B 05640
       GERALD T SKOWRONSKI
                                                   CHAPTER 13

                                                   JUDGE: MANUEL BARBOSA

           Debtor
       SSN XXX-XX-4513


    --------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
    --------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

       1.   The case was filed on 03/10/08 .

       2.   The case was dismissed without confirmation, 07/17/2008.

       3.   The Debtor paid a total of $      550.00 .

       4.   The Trustee made disbursements to creditors as follows:

    --------------------------------------------------------------------------------
    CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID           PAID
    --------------------------------------------------------------------------------
    CREDIT ACCEPTANCE          SECURED VEHIC            .00             .00         249.31
    ATG CREDIT                 UNSECURED         NOT FILED              .00            .00
    CREDIT RECOVERY            UNSECURED         NOT FILED              .00            .00
    CREDITORS COLLECTION BUR   UNSECURED         NOT FILED              .00            .00
    FIRST PREMIER BANK         UNSECURED         NOT FILED              .00            .00
    HSBC                       UNSECURED         NOT FILED              .00            .00
    OTTOSEN TREVARTHEN BRITZ   UNSECURED         NOT FILED              .00            .00
    NICOR GAS                  UNSECURED         NOT FILED              .00            .00
    TRIBUTE GOLD MASTERCARD    UNSECURED         NOT FILED              .00            .00
    US DEPT OF EDUCATION       UNSECURED                .00             .00            .00
    COMED                      UNSECURED         NOT FILED              .00            .00
    FOX METRO WATER REC DIST   UNSECURED         NOT FILED              .00            .00
    IGS                        UNSECURED         NOT FILED              .00            .00
    VILLAGE OF MONTGOMERY      UNSECURED         NOT FILED              .00            .00
               Summary of disbursements:
    --------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED        OTHER          TOTAL
    --------------------------------------------------------------------------------
    TOTAL CLMS ALLOWED      .00          .00          .00          .00            .00
    PRINCIPAL PAID       249.31          .00          .00          .00         249.31
    INTEREST PAID           .00          .00          .00          .00            .00
    TOTAL PAID           249.31          .00          .00          .00         249.31
    The Debtor's attorney, GARY L SHILTS                 , was allowed $       .00
    and was paid $         .00 .

    The Trustee received $      15.35 .

    Refunds to the Debtor totaled $     285.34 .

         Wherefore, the Trustee requests an order be entered discharging
    the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 02/10/09                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 05640 GERALD T SKOWRONSKI